**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RYAN D. CLARK AND CACYNTHIA B. CLARK** | **CIVIL ACTION** |
| | **NO.: 3:23-CV-00479-JWD-EWD** |
| **VERSUS** | **SECTION: , MAGISTRATE JUDGE WILDER-DOOMES** |
| **ALLSTATE INSURANCE COMPANY** | **MAGISTRATE:** |

## MOTION TO SUBSTITUTE

**NOW INTO COURT**, through undersigned counsel, come Defendant, Allstate Insurance Company ("Defendant"), which, without waiving any of its rights or defenses, moves to substitute the caption in its Notice of Removal and list the full parties to the case as follows:

1.

The caption should read as follows:

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RYAN D. CLARK AND CACYNTHIA B. CLARK** | **CIVIL ACTION** |
| | **NO.: 3:23-CV-00479-JWD-EWD** |
| **VERSUS** | **SECTION: , MAGISTRATE JUDGE WILDER-DOOMES** |
| **ALLSTATE INSURANCE COMPANY** | **MAGISTRATE:** |

Defendant moves to substitute the caption for the correct caption for this matter.

2.

Defendant lists the parties to the case as follows:

Plaintiff, Ryan Clark;

Plaintiff, Cacynthia B. Clark;

Defendant- Allstate Insurance Company.

WHEREFORE, Defendant, Allstate Insurance Company, prays that the above entitled Motion to Substitute be Granted and the caption be amended to reflect the names of both plaintiffs.

| C E R T I F I C A T E | Respectfully Submitted: |
|---|---|
| | LAW OFFICES OF CARL R. DANNA |
| I HEREBY CERTIFY that a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using CM/ECF, which will send notification of such filing to all enrolled counsel of record and/or that a copy has been duly served on all counsel of record by facsimile, electronic mail hand delivery, and/or by placing a copy of same in the United States Mail, postage prepaid on this 28th day of July, 2023. | |
| /s/F. Paul Leger | */s/F. Paul Leger* |
| F. Paul Leger | F. PAUL LEGER (#26969)<br>400 E. Kaliste Saloom Road, Suite 8300<br>Lafayette, LA  70508-3387<br>(337) 257-9772 Phone<br>(877) 649-1654 Fax<br>E-Service Only:  LafayetteLegal@allstate.com<br>Attorney for Allstate Property and Casualty Insurance Company |

Our file number:  0664413259.1

2